## HODGES v. BLACK, *Appellant.*

1. **Practice**: EQUITY. When the answer, after admitting the plaintiff's *prima facie* case, sets up a purely equitable defense, this converts the case wholly into an equitable proceeding.

2. **The** adjustment of partnership accounts is a matter of equitable jurisdiction.

3. **Practice**: WEIGHT OF EVIDENCE. Where there is substantial evidence to support a finding, appellate courts will not inquire as to its weight.

4. **Negotiable Paper**: INNOCENT HOLDER. *Semble* that in Missouri, negotiable paper taken without notice before maturity, as absolute payment of an antecedent debt, and not merely as collateral, though the debt thus discharged is a simple contract debt, and no security is given up, places the holder in the position of an innocent holder for value, not affected by any equities between the original parties to the note.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Silas B. Jones* for appellant.

*Edmund A. B. Garesche* for respondent.

HENRY, J.—Satisfied with the conclusion reached by the court of appeals in its opinion delivered herein, we affirm the judgment. All concur.

---

*These syllabi are taken from 8 Mo. App. 389, where the decision of the court of appeals is reported at length.

| 76 | 537 |
| 96 | 664 |
| 76 | 537 |
| 37a | 417 |
| 38a | 497 |
| 76 | 537 |
| 39a | 294 |
| 41a | 215 |
| 76 | 537 |
| 42a | 179 |
| 76 | 537 |
| 132 | 621 |
| 67a | 103 |
| 76 | 537 |
| 143 | 220 |
| 76 | 537 |
| 150 | 501 |
| 76 | 537 |
| 85a | 13 |